**SO ORDERED.**

Dated: August 21, 2006



/s/ Redfield T. Baum
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

Edward J. Maney, Trustee
P.O. Box 10434
Phoenix, Arizona 85064
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| JERRY LEE JORDAN | Case No. 04-15324-PCT-RTB |
| | ORDER FOR PAYMENT OF UNCLAIMED FUNDS |
| _____ Debtor(s) _____ | |

Upon Application of Edward J. Maney, Trustee, and good cause appearing:

IT IS ORDERED that the Trustee pay over the amount of $4138.88 to the Clerk of the Court to be deposited as provided in Section 347 (a) of the Bankruptcy Code.

Dated this _____ day of _____ 200\_\_.

_____
U.S. Bankruptcy Judge

**GRANTED**

Unclaimed Funds/Order